UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DEAMUS TROY CASTERLINE, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-07-294 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

### ORDER DENYING AS MOOT APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

Petitioner's application for leave to proceed *in forma pauperis* (D.E. 8) is denied as moot.

Petitioner has paid the $5.00 filing fee.

ORDERED this 9th day of August, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE